JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ABOLGHASEM MOUSAVI,<br><br>    Plaintiff,<br><br>        v.<br><br>MICHAEL B. MUKASEY, *et al.*,<br><br>    Defendants. | NO. SACV 08-189 JVS (RNBx)<br><br>**ORDER<br>TO DISMISS AND REMAND<br>CASE OF PLAINTIFF TO<br>CIS FOR ADJUDICATION**<br><br>Hon. James V. Selna |

**IT IS HEREBY ORDERED THAT:**

1.  This matter shall be dismissed without prejudice and remanded to Citizen and Immigration Services (CIS) for adjudication of Plaintiff Abolghasem Mousavi's N-400 Application;

2.  Plaintiff will cooperate with CIS in all reasonable requests, including appearing for an interview, if requested;

3.  CIS shall have 30 days from the date this Court enters its Order to adjudicate Plaintiff's Application; and,

4.  Each party shall bear its own fees and costs.

DATED: April 15, 2008

_____
JAMES V. SELNA
United States District Judge

Presented by:
THOMAS P. O'BRIEN
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
       /S/
_____
DAVID A. DeJUTE
Assistant United States Attorney
Attorneys for Federal Defendants